# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1084
Lower Tribunal No. 21-21782-CA-01
_____

**Javier Sang,**
Appellant,

vs.

**Brilliance Jewels, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

The Davis Legal Center, Dameka L. Davis, (Hollywood), for appellant.

Darius Asly; Glenn R. Goldstein, for appellees.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Javier Sang appeals the dismissal with prejudice of his complaint for failure to prosecute per Fla. R. Civ. P. 1.420(e). We affirm without discussion as to the dismissal itself but reverse in part to the extent the dismissal was with prejudice. See Ehrlich v. Hogle, 393 So. 3d 1249, 1251 n.2 (Fla. 3d DCA 2024) ("A dismissal for failure to prosecute may not be entered with prejudice." (quotation omitted)).

Affirmed in part, reversed in part.